UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNDERDOG TRUCKING, LL.C. and          :
REGGIE ANDERS,                         :
                                       :
                Plaintiffs,            :
                                       :    16 Civ. 5654 (VSB)
vs.                                    :
                                       :
VERIZON COMMUNICATIONS INC.,           :
CELLCO PARTNERSHIP d/b/a VERIZON       :
WIRELESS, REVEREND AL                  :    **STIPULATION AND ORDER**
SHARPTON, NATIONAL ACTION              :
NETWORK, and DOES 1 THROUGH 9,         :
                                       :
                Defendants.            :
                                       :
----------------------------------------------------------X

WHEREAS, Plaintiffs Underdog Trucking LLC and Reggie Anders (together,

"Plaintiffs") have attempted to serve process on Defendants Verizon Communications Inc.

("VCI") and Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") in a manner that is

not proper under either Fed. R. Civ. P. 4(h)(1) or applicable state law; and

WHEREAS, Plaintiffs, VCI and Verizon Wireless wish to avoid motion practice over the

propriety of service of process, while ensuring that VCI and Verizon Wireless have sufficient

time to respond to the Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, as follows:

1. VCI and Verizon Wireless shall have until December 5, 2016 to answer, move

against or otherwise respond to the Amended Complaint.

1

2. In light of this date, the pretrial conference set for December 5, 2016 is adjourned

~~without date.~~

JAPHETH N. MATEMU, ESQ.

_____
Japheth N. Matemu

5640 Six Forks Road, Suite 201
Raleigh, North Carolina 27609
(646) 726-6797

Attorneys for Plaintiffs


GREENBERG TRAURIG, LLP

By: _____
Philip R. Sellinger

200 Park Avenue
New York, New York 10166
(212) 801-9200

Attorneys for Defendants
Verizon Communications Inc. and
Cellco Partnership d/b/a Verizon Wireless


Dated:  October 24, 2016




SO ORDERED:

Vernon S. Broderick  10/26/2016
United States District Judge