UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––––––––––––– x

UNDERDOG TRUCKING, LL.C. and REGGIE ANDERS,

        Plaintiffs,

                              1:16-cv-05654 (VSB)

                            **NOTICE OF APPEARANCE**

    v.

VERIZON COMMUNICATIONS, INC.,
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,
REVEREND AL SHARPTON,
NATIONAL ACTION NETWORK,
DOES 1 THROUGH 9

        Defendants.
––––––––––––––––––––––––––––––––––––––––––– x

**PLEASE TAKE NOTICE,** that I am the Counsel for defendants National Action Network and Reverend Al Sharpton and will be representing defendants in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below.

Dated: New York, New York
       October 31, 2016

                                     MICHAEL A. HARDY, ESQ.
                                     NATIONAL ACTION NETWORK, INC.
                                     Attorney for National Action Network &
                                     Reverend Al Sharpton
                                     106 WEST 145TH STREET
                                     NEW YORK, NEW YORK 10039
                                     (212) 690-3070
                                     mahdefender@aol.com

                                   By: _____
                                       Michael A. Hardy, Esq.
                                       General Counsel

TO:   Japheth Nthautha Matemu
        Law Offices of Japheth N. Matemu
        275 Madison Avenue
        New York, NY 10016
        Attorney for Plaintiffs Underdog Trucking & Reggie Anders
        Via ECF

Philip R. Sellinger
Greenberg Traurig LLP (New Jersey)
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Lead Attorney for Defendants Verizon Communications, Inc. &
Cellco Partnerships, d/b/a Verizon Wireless
Via ECF

Todd Lawrence Schleifstein
Greenberg Traurig LLP (New Jersey)
500 Campus drive, Suite 400
Florham Park, NJ 07932
Attorney for Defendants Verizon Communications, Inc. &
Cellco Partnerships, d/b/a Verizon Wireless
Via ECF

Civil Action No. 1:16-cv-05654 (VSB)                                   Year 2016

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNDERDOG TRUCKING, LLC. and REGGIE ANDERS,

Plaintiffs,

--vs--

VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, REVEREND AL SHARPTON, NATIONAL ACTION NETWORK, and DOES 1 THROUGH 9

Defendants.

## NATIONAL ACTION NETWORK & REVEREND AL SHARPTON'S NOTICE OF APPEARANCE

*MICHAEL A. HARDY, ESQ.*
*Attorneys for: National Action Network & Reverend Al Sharpton*
*National Action Network, Inc.*
106 West 145th Street
New York, New York 10039
Tel. No. (212) 690-3070
mahdefender@aol.com

Dated:

Service of a copy of the within

_____
Attorney(s) for:

*MICHAEL A. HARDY, ESQ.*
*NATIONAL ACTION NETWORK, INC.*