**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————— x

UNDERDOG TRUCKING, LL.C. and REGGIE ANDERS,

                  Plaintiffs,

                                    **1:16-cv-05654 (VSB)**

                                    **NOTICE OF APPEARANCE**

        v.

VERIZON COMMUNICATIONS, INC.,
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,
REVEREND AL SHARPTON,
NATIONAL ACTION NETWORK,
DOES 1 THROUGH 9

                    Defendants.

———————————————————————————— x

**PLEASE TAKE NOTICE,** that I am the Counsel for defendants National Action Network and Reverend Al Sharpton and will be representing defendants in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below.

Dated: New York, New York
         October 31, 2016

                              MICHAEL A. HARDY, ESQ.
                              NATIONAL ACTION NETWORK, INC.
                              Attorney for National Action Network &
                              Reverend Al Sharpton
                              106 WEST 145TH STREET
                              NEW YORK, NEW YORK 10039
                              (212) 690-3070
                              mahdefender@aol.com

                              By: _____
                                    Michael A. Hardy, Esq.
                                    General Counsel

TO:    Japheth Nthautha Matemu
         Law Offices of Japheth N. Matemu
         275 Madison Avenue
         New York, NY 10016
         Attorney for Plaintiffs Underdog Trucking & Reggie Anders
         Via ECF

Philip R. Sellinger
Greenberg Traurig LLP (New Jersey)
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Lead Attorney for Defendants Verizon Communications, Inc. &
Cellco Partnerships, d/b/a Verizon Wireless
Via ECF

Todd Lawrence Schleifstein
Greenberg Traurig LLP (New Jersey)
500 Campus drive, Suite 400
Florham Park, NJ 07932
Attorney for Defendants Verizon Communications, Inc. &
Cellco Partnerships, d/b/a Verizon Wireless
Via ECF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNDERDOG TRUCKING, LLC. and REGGIE ANDERS,**

                              **Plaintiffs,**

                          --vs --

**VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a**
**VERIZON WIRELESS, REVEREND AL SHARPTON, NATIONAL ACTION**
**NETWORK, and DOES 1 THROUGH 9**

                    **Defendants.**

---

**NATIONAL ACTION NETWORK & REVEREND AL SHARPTON'S**
**NOTICE OF APPEARANCE**

---

*MICHAEL A. HARDY, ESQ.*
*Attorneys for: National Action Network & Reverend Al Sharpton*
*National Action Network, Inc.*
106 West 145th Street
New York, New York 10039
Tel. No.  (212) 690-3070
mahdefender@aol.com

---

Dated:                              **Service of a copy of the within**

                              _____
                              Attorney(s) for:

---

*MICHAEL A. HARDY, ESQ.*
*NATIONAL ACTION NETWORK, INC.*