UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNDERDOG TRUCKING, LL.C. and          :
REGGIE ANDERS,                                      :
                                                                 :
        Plaintiffs,                           :
                                                                 :   16 Civ. 5654 (VSB)
vs.                                                              :
                                                                 :
VERIZON COMMUNICATIONS INC.,        :
CELLCO PARTNERSHIP d/b/a VERIZON :
WIRELESS, REVEREND AL                    :   **MOTION TO CONTINUE**
SHARPTON, NATIONAL ACTION             :   **PRETRIAL CONFERENCE**
NETWORK, and DOES 1 THROUGH 9,   :
                                                                 :
        Defendants.                         :
                                                                 :
-------------------------------------------------------X

## MOTION TO CONTINUE
## PRETRIAL CONFERENCE

**TO THE HONORABLE COURT:**

COMES NOW plaintiff through the undersigned attorney and respectfully informs, states and prays:

1. The pre-trial in this case has been set for December 17, 2016. For the foregoing reasons, the parties petition the Honorable Court to set aside the pretrial hearing.

2. Undersigned counsel will be away overseas from 12/14/2016 to 01/02/2017 on a pre-scheduled business and family trip and therefore cannot be available on 12/17/2016.

1

3. The said trip has been prepared for a number of years and counsel respectfully prays that this court understands those circumstances and grants this motion.

To that effect, after having reached to the defendant and having received no response, I am submitting this request to the court.

This case was noticed for the preliminary pretrial conference on December 17, 2016. In the notice, the Initial Conference previously scheduled for 12/5/2016 was rescheduled for 2/17/2017 at 10:00 AM in Courtroom 518, 40 Centre Street, New York, NY 10007 before Judge Vernon S.

WHEREFORE, plaintiff respectfully request from this Honorable Court that the Pretrial Conference be continued and to grant the parties an extension of time until February, 2017 to conclude with all pending discovery matters, due to just cause shown.

HEREBY CERTIFY: That a true and exact copy of this document was electronically filed in the court's system and will be sent through that means to the attorneys of record.

RESPECTFULLY SUBMITTED this __1st__ day of __November__, 2016.

s/Japheth N. Matemu

Japheth N. Matemu
5640 Six Forks Road, Suite 201
Raleigh, North Carolina 27609
(646) 726-6797

Attorneys for Plaintiffs

APPLICATION DENIED.
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/2/2016

Counsel requests an adjournment of a pretrial conference scheduled on December 17, 2016; however, the next scheduled conference is February 17, 2017. Accordingly, Plaintiffs' request to adjourn a December 17, 2016 conference is DENIED as moot.

2