# MATEMU LAW OFFICE, P.C.

5640 Six Forks Road
Suite 201
Raleigh, NC 27609
Office phone 984 242-0740
Office Fax 888 797-6679
j.matemu@matemulaw.com

A full Serivce
Immigration Law Firm

\* **Japheth N. Matemu Esq.**
Master of Laws (LL.M)
Immigration Law and Policy
Attorney and Counselor at Law

12/6/2016

Honorable Vernon S. Broderick
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

Re: Underdog Trucking, L.L.C. v. National Action Network et. al.
SDNY Docket No. 16 Civ. 5654 (VSB)

Dear Judge Broderick:

We represent the Plaintiffs Reggie Anders and Underdog Trucking, L.L.C.

This is a request for extension of the pre-motion conference between the Plaintiff's Counsel and Counsel for National Action Network and Rev. Al Sharpton scheduled on Thursday, December 8, 2016 at 11:00 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY. This conference is with respect to Mr. Michael Hardy's pre motion letter dated 10/31/2016.

On November 30, 2016, a similar letter was submitted by Raymond McGuire on behalf of Defendants Verizon Communications Inc. ("VCI") and Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") in the above-referenced matter.

I am requesting for an extension up to Mid-January so that the court can handle both matters at the same time and also give me time to respond to the letter from Raymond McGuire.

www.matemulaw.com
*Licensed in New York State and in the Supreme Court of the United States
Authorized by the State Bar of North Carolina to practice exclusively immigration law in North Carolina. Not licensed in North Carolina state laws.

The reason I am requesting a mid-January date is because I will be away overseas on a pre-scheduled trip from December 14th to the 27th.

I contacted all counsels for the defendants today by way of email and by follow-up phone calls but I have not heard from either of them at this time.

We thank the Court for its consideration of this matter.

Yours faithfully,

_____

Japheth N. Matemu Esq.

cc. Raymond McGuire

Michael Hardy