

*National Action Network, Inc.*        *106 West 145th Street*

*Reverend Al Sharpton, President & Founder*        *New York, New York 10039*
*Reverend Dr. W. Franklyn Richardson, Chairman*        *P.212.690.3070  F.646.380.2185*

December 6, 2016

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
U.S. District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

       Re:    **Anders et al. v. Verizon Communications Inc. et al.**
                  **1:16-CV-05654 (VSB)**
                  **Letter Response to Plaintiffs' Letter Motion to Adjourn Conference**

Dear Judge Broderick,

      I am writing on behalf of Reverend Al Sharpton and National Action Network ("NAN"), named defendants, to respond to Plaintiffs' letter motion to adjourn the pre-motion conference scheduled in this matter for Thursday, December 8, 2016, and filed via ECF on 12/6/2016. Sharpton and NAN did not receive plaintiffs' email and phone messages until after Plaintiffs had filed on ECF. Plaintiffs' effort to both email and call the parties in this action happened in the late afternoon and just prior to Plaintiffs' ECF filing.

      Sharpton and NAN take no position on Plaintiffs' request for an Adjournment and leaves that to the Court's good judgment. However, Sharpton and NAN wish to point out that Plaintiffs' failed to timely respond to their request for a pre-motion conference which was filed on 10/31/2016. In fact, Plaintiffs' failed to respond to that pre-motion request until after the Court issued its scheduling order on 11/28/2016. Likewise, Plaintiffs have failed to timely respond to Verizon's and Cellco's request for a pre-motion conference which was filed on 11/30/2016. Timely responses may have avoided the need for an adjournment of the scheduled conference. Sharpton and NAN do believe that the requested pre-motion conferences and its subsequent scheduling should be considered together, particularly since Sharpton and NAN is requesting dismissal upon several grounds including Abstention pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976).

Sharpton and NAN do respectfully request that if the Court grants Plaintiffs' request to adjourn the pre-motion conference until mid-January, that the Court selects a date on or after January 17, 2017.

Thank you for your consideration of these requests.

Respectfully submitted,

_____
Michael A. Hardy, Esq.
General Counsel

cc: Japheth N. Matemu, Esq. (Plaintiffs' Counsel)
    Raymond G. McGuire, Esq. (Counsel for Verizon Comm. Inc & Cellco)
    Kristina C. Hammond, Esq. (Counsel for Verizon Comm. Inc. & Cellco)
    Via ECF