## AFFIDAVIT OF SERVICE

| Case:<br>1:16-CV-05654-VSB | Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County:<br>, NY | Job:<br>1143104 (773363) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>UNDERDOG TRUCKING LLC, ET AL. | | **Defendant / Respondent:**<br>REVEREND AL SHARPTON, ET AL. | |
| **Received by:**<br>Mohamed Bouri - 1278466 | | **For:**<br>Heaven Sent Legal Services | |
| **To be served upon:**<br>NATIONAL ACTION NETWORK | | | |

I, Mohamed Bouri, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** KOFI ADUSEI AUTHORIZED TO ACCEPT, Company: 106 W 145TH ST, NEW YORK, NY 10039
**Manner of Service:** Business, Dec 20, 2016, 12:18 pm EST - Corporate Service
**Documents:** SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AMENDED COMPLAINT, (Received Dec 9, 2016 at 1:29pm EST)

**Additional Comments:**
1) Unsuccessful Attempt: Dec 16, 2016, 4:38 pm EST at Company: 106 W 145TH ST, NEW YORK, NY 10039
NO ONE HERE AUTHORIZED TO ACCEPT SERVICE

2) Successful Attempt: Dec 20, 2016, 12:18 pm EST at Company: 106 W 145TH ST, NEW YORK, NY 10039 received by KOFI ADUSEI AUTHORIZED TO ACCEPT. MALE, BLACK SKIN, BLACK HAIR, 29-35 YEARS OLD, 5'10, 180 LBS

STATE OF NEW YORK
COUNTY OF KINGS
Subscribed and sworn to before me by the affiant who is personally known to me.

_____   12-20-16
Mohamed Bouri - 1278466        Date

_____
Notary Public

12/20/16          11/21/2017
Date              Commission Expires

CHARLES E. SEGURE, JR.
Notary Public - State of New York
No. 01SE6136197
Qualified in Kings County
My Commission Expires November 21, 2017
Certificate on file in Kings County