# MATEMU LAW OFFICE, P.C.

5640 Six Forks Road
Suite 201
Raleigh, NC 27609
Office phone 984 242-0740
Office Fax 888 797-6679
j.matemu@matemulaw.com

A full Serivce
Immigration Law Firm

\* **Japheth N. Matemu Esq.**
Master of Laws (LL.M)
Immigration Law and Policy
Attorney and Counselor at Law

VIA ECF

To All Parties:

NOTICE OF ERROR: DOCUMENT NO. 52.                                1/4/2017

REF: Underdog Trucking LL.C, et al. V. Reverend Al Sharpton, et al. 1:16-CV-05654 (VSB).

Document Number 52: E.C.F Filing Error regarding date of service of Amended Complaint *inter alia* – National Action Network

Please take notice that while filing the affidavit of service on defendant National Action Network [Document 52], the undersigned made a typing error on the date of service and wrote the date of service as 12/22/2016. The correct date of service as indicated in the affidavit of service should be **12/20/2016.**

**Please note the correction.**

**Yours faithfully,**

_____
**Japheth N. Matemu**

www.matemulaw.com
*Licensed in New York State and in the Supreme Court of the United States
Authorized by the State Bar of North Carolina to practice exclusively immigration law in North Carolina. Not licensed in North Carolina state laws.