# DAVID A. THOMPSON
## STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.  2/3/2017

The parties are directed to appear for a pre-motion conference to address the anticipated motions on February 16, 2017 at 2:30 p.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Anders et al v. Verizon Communications Inc. et al.</u>, 16-cv-05654-VSB

Dear Judge Broderick:

My law firm has recently been engaged as counsel for defendants National Action Network and Reverend Al Sharpton. Within my office, I will be the attorney principally responsible for briefing these defendants' proposed motion to dismiss. I will be out of the country on vacation from February 6, 2017 through February 15, 2017. I therefore respectfully request that if the Court schedules a pre-motion conference in regard to this motion, that it be scheduled on or after February 16, 2017.

Thank you very much for your consideration.

Respectfully submitted,

/s/ David Thompson
David Thompson