

## KM&M
### KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, NY 10022

TELEPHONE (212) 644-1010
FAX (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

March 2, 2017

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

> Re:  Reggie Anders v. Verizon Commn'cs Inc., et al.
> SDNY Docket No. 16 Civ. 5654 (VSB)
> <u>KM&M File No. 10503.00183</u>

Dear Judge Broderick:

We represent Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless in the above-referenced matter. We write jointly with Plaintiffs Reggie Anders and Underdog Trucking LLC ("Plaintiffs") and Defendants Rev. Al Sharpton and National Action Network. Per the Court's Order of February 16, 2017, the parties have met and conferred regarding a proposed briefing schedule for Plaintiffs' anticipated motion to file a Third Amended Complaint and Defendants' anticipated motions to dismiss the Second Amended Complaint.

In the interest of judicial efficiency, Defendants will consent to Plaintiffs filing a Third Amended Complaint, without prejudice to their rights to oppose or challenge the legal sufficiency of the complaint. The parties propose the following: Plaintiffs will file the Third Amended Complaint today. Defendants will file their anticipated motions to dismiss the Third Amended Complaint on or before April 3, 2017. Plaintiffs will then file their oppositions to the motions by April 17, 2017 and Defendants will file replies by May 1, 2017.

4823-0567-9684.1

**KM&M**

KAUFF McGUIRE & MARGOLIS LLP

**VIA ECF**

Hon. Vernon Broderick
March 2, 2017
Page 2

      We thank the Court for its consideration of this matter.

          Very truly yours,


          /s/

          Raymond G. McGuire


cc:    Japheth N. Matemu, Esq.
       Wylie M. Stecklow, Esq.
       David A. Thompson, Esq.

4823-0567-9684.1