**WYLIE M. STECKLOW**                                  WWW.LAWYERSFORTHERESTOFUS.COM
**STECKLOW & THOMPSON**                                                217 CENTRE ST. FL. 6
                                                                       NEW YORK, NY 10013
                                                                       T(212) 566-8000

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon S. Broderick
> VERNON S. BRODERICK
> U.S.D.J.   4/3/2017

Honorable Vernon S. Broderick
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

      Re:    *Reggie Anders v. Verizon Commn'cs Inc., et al.*
            SDNY Docket No. 16 Civ. 5654 (VSB)

Dear Judge Broderick:

     Please recall that my office is counsel to co-defendants National Action Network and Rev. Al Sharpton ("NAN Defendants"). I write today to seek a short three (3) day extension for the time for all defendants to submit its motion to dismiss the Third Amended Complaint of the plaintiffs. I seek this extension as my law partner, David Thompson, is currently undergoing an emergency surgical procedure on his shoulder. Although this is not major surgery, it obviously impacts Mr. Thompson's ability to have the briefing ready for filing on Monday.

     By this letter, the NAN Defendants request an extension of time for all defendants to submit their moving briefing on Thursday April 6, 2017. This will push the plaintiff's opposition due date to April 20, 2017, and defendants' replies to May 4, 2017.

     This request is made on consent of all parties.

     I remain,

                                                               Very truly yours,

                                                              --//s//--

                                                              Wylie M. Stecklow, Esq.